

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 8, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/08/2022
```

**BY CM/ECF**

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Application GRANTED. SO
ORDERED.

Dated: December 8, 2022

*/s/ Stewart D. Aaron*

Re:  *Milburne v. Kijakazi*
     22 Civ. 03560-JGK-SDA

Dear Judge Koeltl:

    This Office represents the Acting Commissioner of Social Security, defendant in the above-referenced action. We write respectfully, having received the consent of plaintiff's counsel, to request an adjournment of the Court's briefing schedule.

    Pursuant to the Court's May 4, 2022 order (ECF No. 5), the defendant's cross-motion for judgment on the pleadings and opposition to plaintiff's motion for judgment on the pleadings is due on December 16, 2022, and plaintiff's opposition and reply, if any, is due on January 6, 2023. We write to respectfully request, however, that the briefing schedule in this case be adjourned as follows:

| Action | Date |
|---|---|
| Government's opposition to plaintiff's motion for judgment on the pleadings and cross-motion for judgment on the pleadings | January 17, ~~2022~~ 2023 |
| Plaintiff's opposition to Government's cross-motion and reply in support of his motion | February 7, 2023, or within 21 days of the filing of the defendant's brief, whichever is sooner. |

    This adjournment of the briefing schedule will allow the undersigned the time necessary to complete review of the record and briefing of the case, in view of the undersigned's workload constraints.

    This is the Acting Commissioner's first request for an adjournment of the briefing schedule in this case. We appreciate the Court's consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:  */s/ Victoria S. Treanor*
    Victoria S. Treanor
    Special Assistant United States Attorney
    Office of Program Litigation, Office 2
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    (212) 264-2524
    Victoria.Treanor@ssa.gov

Cc (by ECF): Eddy Pierre Pierre, Esq.