**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NAKESHA MILBURNE,

                Plaintiff,                22 **CIVIL** 3560 (JGK)(SDA)

     -v-                                     **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 13, 2023, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The Commissioner will offer plaintiff the opportunity for a new hearing before an Administrative Law Judge (ALJ) and submission of additional evidence in support of her claim. The ALJ will take further action to complete the administrative record and will reevaluate the record evidence, including Claimant's allegations, in accordance with the agency's regulations.

**Dated:** New York, New York
          January 13, 2023

                                                          **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                            **BY:**       *K. Mango*

                                                            **Deputy Clerk**