UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAKESHA MILBURNE

           Plaintiff,

- against -

FRANK BISIGNANO,

           Defendant.

22-cv-3560 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court has reviewed the Report and Recommendation of Magistrate Judge Aaron dated October 4, 2025. The Report recommends that (1) the plaintiff's motion for attorney's fees in the amount of $16,800.25 be granted and (2) that attorney Eddy Pierre Pierre be ordered to promptly refund to plaintiff the sum of $7,100, which is the amount of attorney's fees previously paid to Pierre Pierre under the Equal Access to Justice Act ("EAJA").

    No objections have been filed to the Report, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and correct. The Court therefore adopts the Report and awards the the relief set out in the Report.

The plaintiff's motion for attorney's fees in the amount of $16,800.25 is **granted**. Upon receipt of that sum, attorney Pierre Pierre is **ordered** to refund the previously paid EAJA fees of $7,100 directly to the plaintiff.

The Clerk is respectfully requested to close ECF No. 29.

SO ORDERED.

Dated:   New York, New York
         October 21, 2025

                                    _____
                                         John G. Koeltl
                                    United States District Judge